In the Matter of DONNELL JEFFERSON, Petitioner, v WILLIAM LAPE, as Superintendent of Marcy Correctional Facility, Respondent. [831 NYS2d 91]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Oneida County [John W. Grow, J.], entered August 16, 2006) to review the determinations of respondent. The determinations found after two tier II hearings that petitioner had violated various inmate rules.

It is hereby ordered that the determinations be and the same hereby are unanimously confirmed without costs and the petition is dismissed. Present—Martoche, J.P., Smith, Lunn, Fahey and Peradotto, JJ.

In the Matter of RAFAEL AGOSTO, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [831 NYS2d 91]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered October 5, 2006) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed. Present—Martoche, J.P., Smith, Lunn, Fahey and Peradotto, JJ.